IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

RECEIVED CLERK'S OFFICE

2015 APR 20  P 4: 28

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 4:03-CR-00474-015 (CWH) |
| | ) | |
| | ) | |
| vs. | ) | **ORDER REDUCING** |
| | ) | **TERM OF IMPRISONMENT** |
| | ) | |
| **REYNOLD GELIN** | ) | |

This matter comes before the Court on motion of the defendant, **REYNOLD GELIN**, through his attorney, Assistant Federal Public Defender William Nettles, IV, and with the consent of Assistant United States Attorney Alfred W. Bethea, Jr., for a reduction of the defendant's term of imprisonment. The defendant is subject to a reduced sentencing range pursuant to 18 U.S.C.§ 3582(c) and the amended guideline range issued by the United States Sentencing Commission effective November 1, 2014. This amended guideline is made retroactive pursuant to Amendment 782.

Pursuant to United States Sentencing Guideline §1B1.10(e), the effective date of the sentencing reduction shall be November 1, 2015. Therefore, it is hereby

ORDERED that the previously imposed sentence of 210 months be reduced to 168 months. In the event this sentence is less than the amount of time the defendant already has served, this sentence is reduced to a time served sentence of imprisonment. All other provisions of the judgment dated June 21, 2004 shall remain in effect.

**AND IT IS SO ORDERED.**

C. WESTON HOUCK
**UNITED STATES DISTRICT JUDGE**

Florence, South Carolina

April **20**, 2015

I SO MOVE:

/s/ William F. Nettles, IV,
Assistant Federal Public Defender
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Attorney ID #5935

I CONSENT:

Alfred W. Bethea, Jr.
Assistant United States Attorney
401 W. Evans Street, Room 222
Florence, South Carolina 29501



-2-